

**UNITED STATES
SECURITIES AND EXCHANGE COMMISSION**
100 PEARL STREET, SUITE 20-100
NEW YORK, NY 10004-2616

DIVISION OF
ENFORCEMENT

September 3, 2024

**VIA ECF**

The Honorable Magistrate Judge Marcia M. Henry
United States District Court, Eastern District of New York
225 Cadman Plaza East, Courtroom 504N
Brooklyn, New York 11201

      Re:  **_SEC v. Auzins,_ No. 21 Civ. 6693 (LDH) (MMH) (E.D.N.Y.)**

Dear Judge Henry:

      Pursuant to the Court's July 31, 2024 Text Order, the SEC submits this status report advising the Court of its next intended steps in this civil action.

      After judgment was entered in Defendant Ivars Auzins ("Auzins") parallel criminal action, captioned _United States v. Auzins_, 21-CR-357 (EDNY) (ERK), Auzins returned to his native country, Latvia. While it was initially difficult to communicate with Auzins because he is no longer in this country, the SEC was ultimately able to communicate with Auzins through his Latvian attorney and is now engaged in serious settlement discussions. As such, the SEC respectfully requests that the Court permit the parties to continue their settlement discussions and to file a status report in 45 days updating the Court as to the parties' progress.

      We thank the Court for its consideration of this status report.

      Respectfully submitted,

      _/s/ Todd D. Brody_
      Todd D. Brody
      Senior Trial Counsel
      (212) 336-0080
      brodyt@sec.gov

cc: Saulvedis Varpins (via email)